# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carl J. Crook ,

    Plaintiff(s),

vs.

Michael J. Astrue,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-CV-377

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/20/2008 Order.

Signed: November 21, 2008

Frank G. Johns, Clerk
United States District Court